In the Matter of the Claim of ALLISON CONESCU, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 12, 2010; decided June 8, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

ROBERT A. DENENBERG, Individually and as Administrator of ROBERT A. DENENBERG, a Sole Proprietorship Defined Benefit Pension Plan, Appellant, v WARREN ROSEN et al., Defendants, and BANKERS LIFE OF NEW YORK, Also Known as BANKERS LIFE INSURANCE COMPANY OF NEW YORK, et al., Respondents.

Submitted February 22, 2010; decided June 8, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LYNETTE CABAN, Respondent.

Submitted April 19, 2010; decided June 8, 2010

Motion to amend order dated April 1, 2010 denied [*see* 14 NY3d 369 (2010)].